PROB 12A
(Rev. 5/02 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Report on Offender Under Supervision



FILED
MAY 19 2017
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Name of Offender: Devon Bertram a/k/a "Von"  Case Number: 5:13CR00049-001

Name of Sentencing Judicial Officer: Honorable Frederick P. Stamp Jr.

Date of Original Sentence: November 13, 2014

Original Offense: Distribution of Cocaine Base Within 1,000 Feet of a Protected Location, Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 860, a Class B Felony

Original Sentence: 12 months plus 1 day of imprisonment, 6 year supervised release, and $100.00 S.A.F.

Type of Supervision: Supervised Release    Date Supervision Commenced: November 19, 2014

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1. | **Violation of Mandatory Condition No. 2:** The defendant shall not commit another federal, state, or local crime. |
| | **Violation of Mandatory Condition No. 3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug test thereafter, as determined by the court. |
| | **Violation of Standard Condition No. 7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | On May 18, 2017, the defendant signed and dated an admission form admitting to illegal drug use. The defendant admitted to unlawfully possessing and using marijuana. (See attached signed and dated admission form.) |

<u>U. S. Probation Officer Action/Recommendation:</u> This is the fourth non-compliance filed. It is the recommendation of the Probation Officer that the defendant continues on supervision and participates in random drug testing. Due to the defendant's employment, he cannot participate in the Code-A-Phone drug testing program. He will be drug tested randomly as directed by the Probation Officer. The defendant has declined substance abuse treatment. The Probation Officer will increase supervision on the defendant to ensure drug use is strictly monitored. The Court will be notified immediately upon any future violations with an appropriate recommendation for action.

The term of supervision should be:

[X] No action at this time.

Respectfully submitted,

By: *[signature]*
Rick Szeligo
U. S. Probation Officer
Date: May 19, 2017

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other
[ ] No Response
[X] Concur with U. S. Probation Officer's Recommendation

*[signature]*
Signature of Judicial Officer

May 19, 2017
Date

PROB/PTS 4

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

### ADMISSION/DENIAL REPORT
### REPORT OF POSITIVE URINALYSIS

Name: Devon Bartram          Docket No.: _____

Client #: 315583

Date Sample Taken: 5/18/17          Barcode #: _____

Results of Urinalysis: Positive For: THC

You are hereby provided with notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

[✓] I admit to illegal use of a prohibited controlled substance as indicated by the above-urine test result.

[ ] I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

_Devon Bartram_          _[signature]_
Signature of Client          Witnessed By

_5/18/17_          _5/18/17_
Date          Date

Comments: Smoked Marijuana on 5/16/17